## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH HATLEN, | ) | 3:14-cv-00317-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 13, 2015 |
| | ) | |
| GREG COX, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request of Courts." (Doc. # 26.)  Plaintiff requests the courts provide him a copy of grievances he submitted in another of his cases (3:12-cv-00534-MMD-WGC) as exhibits, which he states was his only copy.  He states he is indigent and cannot afford to pay for the copies of those exhibits. (*Id*.)

Plaintiff's request for these documents was also the subject of a January 13, 2015 letter Plaintiff wrote to the Court in case number 3:12-cv-00534-MMD-WGC. (Doc. # 441.) Plaintiff requested the court to provide copies of documents he apparently attached to another filing which the court had to research to be able to locate. (Doc. # 303-2 at pages 3-102.) The court advised Plaintiff he would have to pay the Clerk's Office nominal charges of $0.10 a page (or $10.00 total) to secure copies. (Doc. # 447.)

The court will require Plaintiff to pay for copies of exhibits. Documents produced by Defendants in the 3:12-cv-00534 case included a copy of Plaintiff's Commissary Receipt which reflected that as of January 12, 2015, Plaintiff had an ending balance in his inmate account of $240.26 . (Doc. # 444-6 at 3.)

Plaintiff's request (Doc # 26) is **DENIED.**  If Plaintiff wants copies of documents he has filed, he will have to order them from the clerk's office and pay for them in advance.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By:  _____/s/_____
Deputy Clerk