UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HATLEN, | ) |
| | )     3:14-CV-0317-MMD-WGC |
|       Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GREG COX, et al., | ) |
| | ) |
|       Defendants. | ) |
| _____ | ) |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion for transcripts of May 6, 2015 and June 3, 2015 hearings (#s 42 & 52) is **DENIED**. This case was dismissed with prejudice on June 5, 2015 (#53).

    Plaintiff was provided with the court's minutes of both of these hearings (#s 42 & 52). If plaintiff wishes to obtain transcripts of these hearing, he shall do so at his own expense. The Clerk shall **SEND** to plaintiff a form for ordering transcripts at his own expense.

    **IT IS SO ORDERED.**

                                                                  LANCE S. WILSON, CLERK

                                       By:       /s/
                                                        Deputy Clerk