UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KENNETH W. HATLEN, | Case No. 3:14-cv-00317-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GREG COX, et al., | |
| Defendants. | |

On December 21, 2015, the Court issued an order overruling Plaintiff's objections to a global settlement. (Dkt. no. 97.) Plaintiff filed several objections, which the Court overruled in an order issued on February 1, 2016 (dkt. no. 102) ("Reconsideration Order"). Plaintiff now objects to the Reconsideration Order. (Dkt. no. 105.) The Court declines to consider any further objections. Moreover, Plaintiff's objections are frivolous. Accordingly, Plaintiff's objections (dkt. no. 105) are overruled. Any further objections or requests for reconsideration will be summarily denied.

DATED THIS 10th day of February 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE